1  SHARTSIS FRIESE LLP
   JOSEPH V. MAUCH (Bar #253693)
2  jmauch@sflaw.com
   One Maritime Plaza, Eighteenth Floor
3  San Francisco, CA 94111-3598
   Telephone:  (415) 421-6500
4  Facsimile:  (415) 421-2922
   email: jmauch@sflaw.com
5
   Local Counsel for Marcos Tzannes
6
   PETER J. MCANDREWS
7  MCANDREWS, HELD & MALLOY, LTD.
   500 West Madison Street, 34th Floor
8  Chicago, Illinois 60661
   Telephone:  (312) 775-8000
9  Facsimile:  (312) 775-8100
   email: pmcandrews@mcandrews-ip.com
10
   Attorneys for Marcos Tzannes
11



## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC, | Case No. CV 16-80156 MISC |
| Plaintiff, | [Action Pending in the United States District Court for the Western District of Texas, C.A. No. 1:13-cv-116-LY] |
| v. | |
| AT&T CORP. (d/b/a AT&T ADVANCED SOLUTIONS, d/b/a SBC ADVANCED SOLUTIONS); AT&T COMMUNICATIONS OF TEXAS, LLC; AT&T OPERATIONS, INC.; AT&T SERVICES, INC.; AT&T VIDEO SERVICES, INC.; SBC INTERNET SERVICES, INC. (d/b/a PACIFIC BELL INTERNET SERVICES); and SOUTHWESTERN BELL TELEPHONE CO., | NOTICE OF MISCELLANEOUS ACTION |
| Defendants. | |



Case No. _____    NOTICE OF MISCELLANEOUS ACTION

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Rule 45(d)(1) of the Federal Rules of Civil Procedure, Non-Party Marcos Tzannes hereby moves for an order (1) quashing a subpoena for deposition served by AT&T Corp. and other related entities (collectively, "AT&T") in connection with an action proceeding in the Western District of Texas, or (2), in the alternative, requiring AT&T to reimburse Mr. Tzannes for lost earnings in the amount of $3,600 associated with attending the deposition, which deposition requires compliance in this district, and reasonable attorneys' fees incurred in bringing this motion.

Dated: July 19, 2016

SHARTSIS FRIESE LLP

By: /s/ Joseph V. Mauch (cp)
     JOSEPH V. MAUCH

Local Counsel for Marcos Tzannes

09000\001\7785412.v1

Case No.                    NOTICE OF MISCELLANEOUS ACTION